UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                      :

PAUL CAUFIELD, et al.,                      :

                           Plaintiffs,   :

                                        :                  16 Civ. 4170 (LGS)

              -against-                 :

                                        :                    **ORDER**

COLGATE-PALMOLIVE CO., et al.,      :

                                        :

                           Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 4, 2019, Defendants filed a notice of motion for summary

judgment, stating that their motion would be submitted with the Declaration and Expert Report

of Jeff Leonard, FSA, EA, MAA & CFA (Dkt. No. 235);

WHEREAS the Declaration and Expert Report of Jeff Leonard, FSA, EA, MAA & CFA

was not submitted with Defendants' motion.  It is hereby

**ORDERED** that Defendants shall file the Declaration and Expert Report of Jeff Leonard,

FSA, EA, MAA & CFA on ECF by **May 1, 2020**.

Dated: April 30, 2020
        New York, NY

                                   LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE