UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
REBECCA MCCUTCHEON, et al.,                                  :
                                        Plaintiffs,          :
                                                             :       16 Civ. 4170 (LGS)
                -against-                                    :
                                                             :       **ORDER**
COLGATE-PALMOLIVE CO., et al.,                               :
                                                             :
                                        Defendants.          :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Plaintiffs shall file the Expert Report and Reply Expert Report of Lawrence Deutsch on ECF by **May 8, 2020**.

Dated: May 8, 2020
       New York, NY

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**