UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
REBECCA MCCUTCHEON, et al.,
                        Plaintiffs,

                -against-

COLGATE-PALMOLIVE CO., et al.,

                        Defendants.
------------------------------------------------------------ X

16 Civ. 4170 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 10, 2020, the Court issued an Opinion and Order, granting in part and denying in part Defendants' motion for summary judgment (Dkt. No. 265). This action is therefore trial ready. It is hereby

**ORDERED** that the parties shall file a letter by **July 23, 2020**, stating whether they wish to be referred to a Magistrate Judge, a court appointed mediator or wish to retain their own mediator for the purpose of settlement discussions, prior to the Court issuing an order setting a trial date. The parties would be assigned a different Magistrate Judge for settlement discussions than the one assigned for general pre-trial (*see* Dkt. No. 71).

Dated: July 16, 2020
       New York, NY

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE