UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
REBECCA MCCUTCHEON, et al.,                                   :
                                Plaintiffs,            :
                                                              :   16 Civ. 4170 (LGS)
                -against-                                  :
                                                              :   <u>ORDER</u>
COLGATE-PALMOLIVE CO., et al.,                                :
                                                              :
                                Defendants.            :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter dated August 26, 2020, Plaintiffs requested clarification on whether the August 24, 2020, Opinion, Order and Final Judgment ("Ruling") stayed Plaintiffs' and Class counsel's obligations to (i) file their motion for attorneys' fees and expenses "no later than 14 days after the entry of judgment," Fed. R. Civ. P. 54(d)(2)(B), and (ii) notify the Class. (Dkt. No. 285). It is hereby

**ORDERED** that per the Ruling, the entire proceeding is stayed pending appeal, including the parties' obligations to (i) file motions for attorneys' fees and expenses and (ii) notify the Class.

Dated: August 27, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**