UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA M. McCUTCHEON, et al.,<br><br>           Plaintiffs,<br><br>   -against-<br><br>COLGATE-PALMOLIVE CO., et al.,<br><br>           Defendants. | No. 16-cv-4170 (LGS) |

**NOTICE OF APPEAL**

    Notice is hereby given that Colgate-Palmolive Company, the Colgate-Palmolive Company Employee's Retirement Income Plan, the Employee Relations Committee of Colgate-Palmolive Company, Laura Flavin and Daniel Marsili, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 24th day of August, 2020 (ECF No. 284), and from all associated orders and opinions, including without limitation the Opinion and Order denying Defendants' motion to dismiss, entered on February 24, 2017 (ECF No. 35); Opinion and Order granting Plaintiffs' motion for class certification, entered on July 27, 2017 (ECF No. 75); Opinion and Order on Defendants' motion for summary judgment, entered on July 10, 2020 (ECF No. 265) and Order rejecting Defendants' reformation defense entered on July 29, 2020 (ECF No. 274).

Dated: September 21, 2020
   New York, New York

CRAVATH, SWAINE & MOORE LLP,

by

    /s/Evan R. Chesler
     Evan R. Chesler
     Darin P. McAtee
     Lauren R. Kennedy
     Members of the Firm

 Worldwide Plaza
  825 Eighth Avenue
   New York, NY 10019
    (212) 474-1000
    echesler@cravath.com
    dmcatee@cravath.com
    lkennedy@cravath.com

Robert S. Newman (*pro hac vice*)
COVINGTON & BURLING LLP
 850 Tenth Street, N.W.
  Suite 482n
   Washington, DC 20001
    (202) 662-5125

Brandon J. Brigham
Jeremy Paul Blumenfeld
Melissa D. Hill
MORGAN, LEWIS & BOCKIUS LLP
 1701 Market Street
  Philadelphia, PA 19103
   (215) 963-4780

*Attorneys for Defendants Colgate-Palmolive Co., Colgate-Palmolive Co. Employee's Ret. Income Plan, Employee Relations Committee of Colgate-Palmolive Co., Laura Flavin and Daniel Marsili*