UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **REBECCA M. MCCUTCHEON,** *et al.* <br><br> **On behalf of themselves and on behalf of all others similarly situated,** <br><br>           **Plaintiffs,** <br> - v- <br><br> **COLGATE-PALMOLIVE CO.,** *et al.* <br><br>           **Defendants.** | No. 16-cv-4170 (LGS) |

**PLAINTIFFS' NOTICE OF MOTION
FOR ENTRY OF A REVISED FINAL JUDGMENT**

Please take notice that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for a Revised Final Judgment, and upon all relevant prior submissions and proceedings in this matter, Plaintiffs will move the Court, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1106, New York, New York 10007, at such time as the Court may direct, for entry of a revised final judgment that would resolve two disputed calculation issues that remain following the Second Circuit's affirmance in *McCutcheon v. Colgate-Palmolive Co.*, 62 F.4th 674 (2d Cir. 2023) ("*McCutcheon II*") of this Court's grant of summary judgment in favor of the Class on Errors 1 and 3 of the Complaint, together with such other and further relief as the Court deems just and proper.

A proposed order is being filed herewith as Dkt. 295-1.

Dated:  June 13, 2023                          By:

                                                           s/*Eli Gottesdiener*
Eli Gottesdiener
Albert Huang
Gottesdiener Law Firm, PLLC
498 7th Street
Brooklyn, New York 11215
Telephone:  (718) 788-1500
Telecopier:  (718) 788-1650
Email:       eli@gottesdienerlaw.com

*Attorneys for Plaintiffs and the Class*