UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
REBECCA M. MCCUTCHEON, et al.,                                :
                                                              :
                              Plaintiffs,                     :      16 Civ. 4170 (LGS)
              -against-                                       :
                                                              :      **ORDER**
COLGATE-PALMOLIVE CO., et al.,                                :
                                                              :
                              Defendants.                     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 5, 2024, this Court directed Plaintiffs to email chambers with the full transcripts of the depositions of Defendants' actuarial consultant, Curtis Morgan, and Defendants' 30(b)(6) witness, Elena Laskow, which Plaintiffs had cited in support of their motion for entry of a revised final judgment;

WHEREAS, the Opinion and Order filed contemporaneously herewith cites these deposition transcripts.  It is hereby

**ORDERED** that, as soon as possible and in no event later than **March 29, 2024**, Plaintiffs shall file copies of the full transcripts of the depositions of Curtis Morgan and Elena Laskow on the docket.

Dated:  March 28, 2024
        New York, New York

                                              _____
                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE