UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                             :
REBECCA M. MCCUTCHEON, et al.,                               :
                                        Plaintiffs,          :    16 Civ. 4170 (LGS)
                                                             :
                     -against-                               :    **ORDER**
                                                             :
COLGATE-PALMOLIVE CO., et al.,                               :
                                        Respondents.         :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 28, 2025, the Second Circuit affirmed this Court's judgment entered on April 26, 2024. It is hereby

**ORDERED** that, by **May 9, 2025**, the parties shall file a joint letter proposing next steps in this case, including the obligation to file motions for attorneys' fees and expenses and to notify the class.

Dated: April 29, 2025
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**