**COVINGTON**

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

**Via ECF**                                                        August 12, 2025

The Honorable Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:  *McCutcheon, et al. v. Colgate-Palmolive Co. et al.*, No. 16-Civ-4170 (LGS)

Dear Judge Schofield:

        I write jointly on behalf of Plaintiffs and Defendants to respectfully request a brief, eleven-day, extension of the Court's August 18, 2025 deadline to file a motion for preliminary approval of class action settlement.  ECF No. 329.

        As previously reported, the parties reached an agreement to settle this long-running matter in principle with the assistance of mediator Marc Isserles of JAMS.  *See* ECF No. 328.  At that time, the parties established a target date of August 15, 2025 by which to execute a formal settlement agreement, including a spreadsheet memorializing the estimated settlement benefits due to each of the approximately 1,200 class members, and a date of August 18, 2025 to file a motion for preliminary approval.  *See id.*

        Since that time, the parties have been working collaboratively towards that goal.  They have been in continuous communication about the details of the settlement agreement and class member calculations, including exchanging multiple drafts of spreadsheets and documents, and are working together towards finalizing the settlement agreement and its attachments and exhibits.

        However, given the complex nature of this matter, the parties believe that additional time is needed to finalize the settlement agreement and calculation spreadsheet, and file for preliminary approval.  We therefore respectfully request that the Court continue its deadline to submit the motion for preliminary approval of settlement in this matter from August 18, 2025 to August 29, 2025.

                                Respectfully submitted,

                                */s/ Robert S. Newman*

                                Robert S. Newman

cc: Plaintiffs' Counsel

Application **GRANTED**.  The deadline to file the motion for preliminary approval of settlement is extended from August 18, 2025, to **August 29, 2025**.

Dated: August 13, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE